ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
510-452-8400 tel
510-201-2084 fax
erik@babcocklawoffice.com

Attorney for Defendant
RUBEN CHAVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:21-MJ-70090 MAG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME** |
| v. | |
| RUBEN CHAVEZ, | |
| Defendant. | |

The above titled matter is scheduled for a preliminary hearing or arraignment on June 2, 2021, at 1:00 p.m. Counsel for the defendant needs additional time to investigate and prepare the case. The parties are engaging in discussions regarding a potential resolution in this matter. Mr. Chavez is out of custody and residing at a residential treatment program. According to his counselor at the program he is doing well.

It is therefore stipulated between the parties, by and through their respective counsel, that the preliminary hearing set for June 2, 2021 may be vacated and reset for July 1, 2021 at 1:00 p.m.

The parties further stipulate that the time from June 2, 2021, through and including July 1, 2021, should be excluded from the period of time within which to conduct a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and under the Speedy Trial Act, 18 U.S.C. § 3161, because a failure to

do so would unreasonably deny the defendant the reasonable time necessary for effective preparation. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

The parties also stipulate that the date by which an indictment or information must be filed be extended to August 2, 2021, which is 32 days after July 1, 2021.

Defendant Ruben Chavez, has been advised of this request and specifically consents to exclusion of time from June 2, 2021, through and including July 1, from the period of time within which to conduct a preliminary hearing in this matter and the extension of the date by which an indictment or information must be filed.

**SO STIPULATED**.

DATED: May 27, 2021 /s/ Jason Kleinwaks
JASON KLEINWAKS
Assistant United States Attorney

DATED: May 27, 2021 /s/ Erik Babcock
ERIK BABCOCK
Counsel for Defendant Chavez

[ **ORDER**

Based upon the parties' stipulation above, and for good cause shown, the Court makes the following findings:

1. There is good cause for excluding time from June 2, 2021, through and including July 1, 2021, from the period of time within which to conduct a preliminary hearing in this matter under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an Indictment under the Speedy Trial Act to July 2, 2021;

2. The defendant has specifically consented to the exclusion of such periods;

3. Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

4. The ends of justice served by excluding the time from June 2, 2021, through and including July 1, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

Having made these findings, IT IS HEREBY ORDERED that the time from June 2, 2021, through and including July 1, 2021, is excluded from the period of time within which to conduct a preliminary hearing. It is further ordered that the time by which any information or indictment must be filed is extended to August 2, 2021. The Court excludes the time from June 2, 2021, through and including July 1, 2021, from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**.

DATED: May 28, 2021

HON. KANDIS A. WESTMORE
United States Magistrate Judge



STIPULATION AND ORDER Case No.
5:21-MJ-70090 MAG